IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, **Plaintiff,** vs. **TRAVIS DEAN TOLAN,** Defendant. | CR 24-103-BLG-SPW ORDER |

Pending before the Court is the United States' Unopposed Motion to Dismiss the Indictment and Superseding Indictment with Prejudice (Doc. 60). For good cause being shown,

IT IS HEREBY ORDERED that the motion to dismiss the indictment and superseding indictment with prejudice (Doc. 60) is **GRANTED**.

The Clerk of Court is directed to notify counsel of the making of this Order.

DATED this 14th day of October, 2025.

SUSAN P. WATTERS
United States District Judge

1